UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK
------------------------------------------------------------- x
DENISE K. SHULL and THE RETHINK  :
GROUP, INC.,                     :    Civil No.: 18 Civ. 12400 (GPD)
                                 :
           Plaintiffs,           :    **DEFENDANTS SHOWTIME**
                                 :    **NETWORKS INC., CBS**
       v.                        :    **CORPORATION, AND TBTF**
                                 :    **PRODUCTIONS INC.'S 7.1**
ANDREW ROSS SORKIN, BRIAN        :    **CORPORATE DISCLOSURE**
KOPPELMAN, DAVID LEVIEN, DAVID   :    **STATEMENT**
NEVINS, TBTF PRODUCTIONS INC.,   :
SHOWTIME NETWORKS INC., and CBS  :
CORPORATION,                     :
                                 :
           Defendants.           :
------------------------------------------------------------- x

    Pursuant to Fed. R. Civ. P. 7.1(a), the undersigned, counsel of record for Defendants, certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal:

- Showtime Networks Inc. is a wholly owned subsidiary of CBS Corporation.

- CBS Corporation is a publicly traded company.  National Amusements, Inc., a privately held company, beneficially owns the majority of the Class A voting stock of CBS Corporation. CBS Corporation is not aware of any other publicly traded corporation that owns 10% or more of its voting stock.

- TBTF Productions Inc. is a privately held corporation based in New York.  No publicly traded corporation holds a ten percent or greater ownership interest in TBTF Productions Inc.

Dated: New York, New York
January 28, 2019

                Respectfully submitted,

                By: */s/ Elizabeth A. McNamara*

                DAVIS WRIGHT TREMAINE LLP
Elizabeth A. McNamara
(lizmcnamara@dwt.com)
Rachel F. Strom
(rachelstrom@dwt.com)
Jamie S. Raghu
(jamieraghu@dwt.com)

1251 Avenue of the Americas, 21st Floor
New York, New York 10020-1104
Telephone: (212) 489-8230
Fax:  (212) 489-8340

*Attorneys for Defendants Andrew Ross Sorkin, Brian Koppelman, David Levien, David Nevins, TBTF Productions Inc., Showtime Networks Inc., and CBS Corporation*