```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK
------------------------------------------------------x
DENISE K. SHULL and THE RETHINK      :
GROUP, INC.,                          :    Civil No.: 18 Civ. 12400 (GPD)
                                      :
                    Plaintiffs,       :
                                      :
        v.                            :
                                      :
ANDREW ROSS SORKIN, BRIAN             :
KOPPELMAN, DAVID LEVIEN, DAVID        :
NEVINS, TBTF PRODUCTIONS INC.,        :
SHOWTIME NETWORKS INC., and CBS       :
CORPORATION,                          :
                                      :
                    Defendants.       :
------------------------------------------------------x
```

**NOTICE OF MOTION TO DISMISS PLAINTIFFS' COMPLAINT**

PLEASE TAKE NOTICE that, upon the annexed Declaration of Elizabeth A. McNamara executed on March 8, 2019, and the exhibits annexed thereto, the accompanying Memorandum of Law, and all pleadings herein, Defendants Andrew Ross Sorkin, Brian Koppelman, David Levien, David Nevins, TBTF Productions Inc., Showtime Networks Inc., and CBS Corporation (collectively, "Defendants") hereby move before the Honorable George B. Daniels, United States District Judge, Southern District of New York, for an order dismissing the Complaint in this action with prejudice pursuant to Fed. R. Civ. P. 12(b)(6) and awarding Defendants their attorneys' fees and costs as prevailing parties pursuant to 17 U.S.C. § 505.

PLEASE TAKE FURTHER NOTICE that, pursuant to this Court's order at the parties' conference on February 28, 2019, Plaintiffs' opposition papers are due March 29, 2019, Defendants' reply papers are due April 12, 2019, and oral argument is scheduled for April 18, 2019 at 10:30 A.M.

Dated: New York, New York
       March 8, 2019

    Respectfully submitted,

    DAVIS WRIGHT TREMAINE LLP

    By: */s/ Elizabeth A. McNamara*
    Elizabeth A. McNamara
    Rachel F. Strom
    Jamie S. Raghu
    1251 Avenue of the Americas, 21st Floor
    New York, New York 10020
    Phone (212) 489-8230
    Fax (212) 489-8340
    Email:  lizmcnamara@dwt.com
            rachelstrom@dwt.com
            jamieraghu@dwt.com

    *Attorneys for Defendants Andrew Ross Sorkin, Brian Koppelman, David Levien, David Nevins, TBTF Productions Inc., Showtime Networks Inc., and CBS Corporation*

TO:

Rosanne Elena Felicello
Michael James Maloney
Zofia Rubens
Eric Steven Small
CKR Law LLP
1330 Avenue of the Americas, 14th Floor
New York, NY 10019
212-259-7300
Fax: 212-259-8200
Email: Rfelicello@ckrlaw.com
       mmaloney@ckrlaw.com
       zrubens@ckrlaw.com
       esmall@ckrlaw.com

*Attorneys for Plaintiffs*