UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK
------------------------------------------------------------- x

DENISE K. SHULL and THE RETHINK
GROUP, INC.,

               Plaintiffs,

           v.

ANDREW ROSS SORKIN, BRIAN
KOPPELMAN, DAVID LEVIEN, DAVID
NEVINS, TBTF PRODUCTIONS INC.,
SHOWTIME NETWORKS INC., and CBS
CORPORATION,

               Defendants.

------------------------------------------------------------- x

:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

Civil No.: 18 Civ. 12400 (GPD)

**DECLARATION OF ELIZABETH A. MCNAMARA IN SUPPORT OF
MOTION BY DEFENDANTS ANDREW ROSS SORKIN, BRIAN KOPPELMAN,
DAVID LEVIEN, DAVID NEVINS, TBTF PRODUCTIONS INC.,
SHOWTIME NETWORKS INC., AND CBS CORPORATION
TO DISMISS PLAINTIFFS' COMPLAINT**

I, Elizabeth A. McNamara, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.  I am a partner at the law firm of Davis Wright Tremaine LLP, attorneys for Defendants

Andrew Ross Sorkin, Brian Koppelman, David Levien, David Nevins, TBTF Productions Inc.,

Showtime Networks Inc., and CBS Corporation (collectively, "Defendants") in the above-

captioned matter.

2.  I submit this declaration to annex documents relevant to Defendants' motion to dismiss

Plaintiffs' Complaint pursuant to Fed. R. Civ. P. 12(b)(6).  These documents – Season One of

Defendants' television series, *Billions*, and Plaintiffs' book, *Market Mind Games* – are integral to

Plaintiffs' infringement claim, and are thus properly before the Court on Defendants' Rule

12(b)(6) motion.  *See Peter F. Gaito Architecture, LLC v. Simone Dev. Corp.*, 602 F.3d 57, 64 (2d

Cir. 2010).

3.   Annexed hereto as **Exhibit A** is a true and correct copy of Season One of Defendants'

television series, *Billions*.  As Season One of *Billions* is found on a DVD, it will be filed with the

Court under separate cover.

4.   Annexed hereto as **Exhibit B** is a true and correct copy of Plaintiffs' book, *Market Mind*

*Games*, written by Plaintiff Denise Shull.  As *Market Mind Games* is a 236-page book, it will be

filed with the Court under separate cover.

I declare under penalty of perjury that the foregoing is true and correct.


Dated:  New York, New York
         March 8, 2019


                                               */s/ Elizabeth A. McNamara* _
                                               ELIZABETH A. MCNAMARA

2