# EXHIBIT 2
[DVDs submitted to Court]