UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------

DENISE K. SHULL and THE RETHINK GROUP, INC.,           Case No. 18 Civ. 12400 (GBD)

                Plaintiff,

    -against-

TBTF PRODUCTIONS, INC., et al.     Defendant.

-------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending          [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Rosanne E. Felicello**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: RF6703     My State Bar Number is 4534442

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: CKR Law LLP
           FIRM ADDRESS: 1330 Avenue of the Americas, 14th Fl
           FIRM TELEPHONE NUMBER: (212) 259-7300
           FIRM FAX NUMBER:

NEW FIRM:   FIRM NAME: Felicello Law P.C.
           FIRM ADDRESS: 1140 Avenue of the Americas, 9th Fl
           FIRM TELEPHONE NUMBER: (212) 584-7806
           FIRM FAX NUMBER:

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: October 2, 2019

*Rosanne E. Felicello* (signature)
ATTORNEY'S SIGNATURE