4816-2114-6544v.1 3940173-000113

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK

---------------------------------------------------------------x

DENISE K. SHULL and THE RETHINK GROUP, INC.,

     Plaintiffs,

v.

ANDREW ROSS SORKIN, BRIAN KOPPELMAN, DAVID LEVIEN, DAVID NEVINS, TBTF PRODUCTIONS INC., SHOWTIME NETWORKS INC., and CBS CORPORATION,

     Defendants.

---------------------------------------------------------------x

Civil No.: 18 Civ. 12400 (GBD)

**DEFENDANTS SHOWTIME NETWORKS INC., CBS CORPORATION, AND TBTF PRODUCTIONS INC.'S 7.1 AMENDED CORPORATE DISCLOSURE STATEMENT**

    Pursuant to Fed. R. Civ. P. 7.1(a), the undersigned, counsel of record for Defendants, provides the following amended corporate disclosure statement certifying that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal:

- As of December 4, 2019, Viacom Inc. merged with and into Defendant CBS Corporation with CBS Corporation continuing as the surviving corporation, now known as ViacomCBS Inc.  ViacomCBS Inc. is a publicly traded company.  National Amusements, Inc., a privately held company, beneficially owns the majority of the Class A voting stock of ViacomCBS Inc.  ViacomCBS Inc. is not aware of any publicly held corporation owning 10% or more of its total common stock, i.e., Class A and Class B on a combined basis.

- Showtime Networks Inc. is a wholly owned subsidiary of ViacomCBS Inc.

4816-2114-6544v.1 3940173-000113

- TBTF Productions Inc. is a privately held corporation based in New York.  No publicly traded corporation holds a ten percent or greater ownership interest in TBTF Productions Inc.

Dated: New York, New York
January 3, 2020

Respectfully submitted,

By: /s/ Elizabeth A. McNamara

DAVIS WRIGHT TREMAINE LLP
Elizabeth A. McNamara
(lizmcnamara@dwt.com)
Rachel F. Strom
(rachelstrom@dwt.com)
Jamie S. Raghu
(jamieraghu@dwt.com)

1251 Avenue of the Americas, 21st Floor
New York, New York 10020-1104
Telephone: (212) 489-8230
Fax:  (212) 489-8340

*Attorneys for Defendants Andrew Ross Sorkin, Brian Koppelman, David Levien, David Nevins, TBTF Productions Inc., Showtime Networks Inc., and CBS Corporation*